## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DAVID KNIGHT,

    Plaintiff,

v.                                                            Case No: 8:13-cv-310-T-36EAJ

PAUL & RON ENTERPRISES, INC.
*d/b/a Tri-County Pools*,

    Defendant.

## JUDGMENT IN A CIVIL CASE

This action was tried by a jury with Judge Charlene Edwards Honeywell presiding, and the jury has rendered a verdict.

**IT IS ORDERED AND ADJUDGED** that the Plaintiff **DAVID KNIGHT** shall recover of the Defendant **PAUL & RON ENTERPRISES, INC. d/b/a TRI-COUNTY POOLS** the amount of Four Thousand Three Hundred and Eighty-Seven dollars and Fifty cents ($4,387.50).

Date:   October 23, 2014

                                              SHERYL L. LOESCH, CLERK OF COURT

                                              s/A. Romero, Deputy Clerk