UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID KNIGHT,

    Plaintiff,

v.                                        Case No: 8:13-cv-310-T-36EAJ

PAUL & RON ENTERPRISES, INC.,

    Defendant.
_____/

## O R D E R

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Elizabeth A. Jenkins on April 30, 2015 (Doc. 89). In the Report and Recommendation, Magistrate Judge Jenkins recommends that Plaintiff's Motion for Award of Attorneys' Fees and Costs and Incorporated Memorandum of Law (Doc. 85) be GRANTED in part. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 89) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion for Award of Attorneys' Fees and Costs and Incorporated Memorandum of Law (Doc. 85 is **GRANTED in part.**

(3) The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant in the amount of $22,895.10 for attorneys' fees and $350.00 for costs for a total award of $23,245.10, pursuant to 29 U.S.C. § 216(b).

**DONE AND ORDERED** at Tampa, Florida on May 18, 2015.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Elizabeth A. Jenkins
Counsel of Record